No. 578. ASCHENBRENNER *v.* UNITED STATES FIDELITY & GUARANTY CO. June 4, 1934. Leave granted to file petition for rehearing. Petition for rehearing denied. See *ante,* p. 80.

No. 565. LOUGHRAN *v.* LOUGHRAN ET AL. June 4, 1934. Petition for rehearing denied. See *ante,* p. 216.

No. 941. CONTINENTAL CASUALTY CO. *v.* UNITED STATES EX REL. AINSWORTH, TRUSTEE. June 4, 1934. Petition for rehearing denied. See *post,* p. 641.

No. 942. WAHLGREN *v.* BAUSCH & LOMB OPTICAL CO. ET AL. June 4, 1934. Petition for rehearing denied. See *post,* p. 639.

No. 815. O'RYAN, COMMISSIONER OF POLICE, ET AL. *v.* MILLS NOVELTY CO. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Paxton Blair, F. H. LaGuardia,* and *Paul Windels* for petitioners. *Messrs. Weymouth Kirkland, Howard Ellis, Emil Weitzner,* and *Marion B. Stahl* for respondent.